UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AL OTRO LADO,<br><br>    Plaintiff,<br><br>  v.<br><br>U.S. CUSTOMS AND BORDER PROTECTION,<br><br>    Defendant. | Civil Action No. 22-1280 (CKK) |

## JOINT STATUS REPORT

Pursuant to this Court's July 25, 2022 Order, the parties, by and through their respective undersigned counsel, respectfully submit this Joint Status Report to apprise the Court of the status of this Freedom of Information Act ("FOIA") case.

At issue in this case are two separate FOIA requests submitted by Al Otro Lado ("Plaintiff"), CBP-2021-109650 and CBP-2022-013430, to U.S. Customs and Border Protection ("CBP"). Plaintiff's request assigned internal tracking number CBP 2021-109650 seeks certain records regarding biometric data collection and data sharing programs. Plaintiff's request assigned internal tracking number CBP-2022-013430, seeks certain records regarding the use of humanitarian parole by CBP.

CBP's search for records potentially responsive to Plaintiff's requests are ongoing due to the complexity of each request and CBP will need to discuss the scope of the request with Plaintiff. Therefore, CBP is presently unable to state the estimated anticipated number of potentially responsive documents to Plaintiff's FOIA requests. As an act of good faith, CBP has offered to review and release to Plaintiff any potentially responsive records it locates during a review of

similar FOIA cases. CBP anticipates producing an interim response based on a review of those records in October 2022.

CBP does not believe that a motion for an *Open America* stay is likely at this time. The parties respectfully propose that they file another joint status report by October 21, 2022, updating the Court on the status of CBP's search and processing of records in this case.

Respectfully submitted,

| | |
|---|---|
| /s/ Jeremy Jong<br>JEREMY JONG<br>AL OTRO LADO<br>3527 Banks St.<br>New Orleans, LA 70110<br>Telephone: (504) 475-6728<br>Facsimile: (323) 430-8793<br>jeremy@altotrolado.org | MATTHEW M. GRAVES, D.C. Bar #481052<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Chief, Civil Division<br><br>By:   /s/ Michael A. Tilghman II<br>         MICAHEL A. TILGHMAN II<br>         D.C. Bar #988441<br>         Assistant United States Attorney<br>         U.S. Attorney's Office, Civil Division<br>         601 D Street NW<br>         Washington, DC 20530<br>         (202) 252-7113<br>         michael.tilghman@usdoj.gov |
| SEJAL ZOTA<br>D.C. Bar #NC020<br>95 Washington Street, Suite 104-149<br>Canton, MA 02021<br>Telephone: (919) 698-5015 | |
| *Attorney for Plaintiff* | *Attorneys for the United States of America* |

Dated:  August 22, 2022