UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AL OTRO LADO,<br><br>        Plaintiff,<br><br>        v.<br><br>U.S. CUSTOMS AND BORDER PROTECTION,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 22-1280 (CKK) |

**JOINT STATUS REPORT**

The parties, by and through their respective undersigned counsel, respectfully submit this Joint Status Report to apprise the Court of the status of this Freedom of Information Act ("FOIA") case:

1. At issue in this case are two separate FOIA requests submitted by Al Otro Lado ("Plaintiff"), CBP-2021-109650 and CBP-2022-013430, to U.S. Customs and Border Protection ("CBP"). Plaintiff's request assigned internal tracking number CBP 2021-109650 seeks certain records regarding biometric data collection and data sharing programs. Plaintiff's request assigned internal tracking number CBP-2022-013430 seeks certain records regarding the use of humanitarian parole by CBP.

2. CBP's searches for records potentially responsive to Plaintiff's requests are ongoing due to the complexity of each request and CBP has needed to discuss the scope of the request with Plaintiff. Therefore, CBP is presently unable to state the estimated anticipated number of potentially responsive documents to Plaintiff's FOIA requests. CBP also continues to post potentially responsive non-exempt records to CBP's publicly-available Reading Room, and has notified Plaintiff of the potentially relevant links.

3. CBP reports that for the humanitarian parole request (CBP-2022-013430), the search is ongoing, but the FOIA office is working on proposing some scoping language for some of the requested items. On May 30, 2023, CBP provided proposed scoping language to Plaintiff to review. Plaintiff responded to CBP's scoping review the same day. On July 27, 2023, CBP requested additional scoping of Plaintiff's request. Al Otro Lado answered the request the following day. On August 16, 2023, CBP requested further clarification of Al Otro Lado's answers to its scoping requests. Al Otro Lado responded by clarifying its answer on August 21, 2023, and parties agree on the final scope of CBP-2022-013430. On August 23, 2023, CBP sent the revised scoped search to all offices to conduct a search. On September 6, 2023, CBP released its first interim response for CBP-2022-013430.

4. CBP reports that for the biometric data collection and data sharing programs request (CBP-2021-109650), on September 15, 2023, CBP proposed scoping language. On September 19, 2023, Al Otro Lado asked whether CBP had yet performed any searches responsive to the request. CBP received Plaintiff's question on September 26, and responded in the negative, which Plaintiff received on September 29 . CBP is waiting Plaintiff's response to its September 15th proposed scoping language. The parties have not reached agreement as to scoping CBP-2021-109650.

5. CBP reports that for the biometric data collection and data sharing programs request (CBP-2021-109650), as noted in the initial JSR, CBP had other similar biometric-related FOIAs, the responses to which may include records which are also responsive to this request. CBP's FOIA office has posted the records from those biometric-related FOIAs on CBP's public reading room. On August 16, 2023, CBP informed Al Otro Lado that it posted records potentially responsive to CBP-2021-109650 to its publicly-accessible reading room in response to other FOIA litigation. CBP has since posted additional records to this reading room link and continues to do so.

6. CBP continues to process requests CBP-2021-109650 and CBP-2022-013430.

7. Plaintiff submits that CBP has yet to issue determinations as to requests CBP-2021-109650 and CBP-2022-013430, twenty-three and twenty-one months after receipt respectively. Agencies must typically make determinations on FOIA requests within, at most, thirty business days. 5 U.S.C. §§ 552(a)(6)(A), (B). The Court has jurisdiction to extend FOIA's statutory determination deadline only if "the Government can show exceptional circumstances exist and that the agency is exercising due diligence in responding to the request." 5 U.S.C. § 552(a)(6)(C)(i). Because CBP has not attempted to make any such showing, Congress has not afforded this Court with the authority to allow CBP additional time to complete its review of records. As such, Al Otro Lado requests that this Court schedule a status conference at which CBP must show cause as to why it has failed to issue final determinations for Al Otro Lado's requests.

8. CBP submits that a status conference is not appropriate at this time. CBP is actively working in good faith and has been collaborating with Plaintiff on both FOIA requests. Since the last Joint Status Report and parties' agreement on the scoping recommendation for CBP-2022-013430, CBP immediately began the comprehensive search for the multiple items in CBP-2022-013430, including an electronic search for communications. CBP also issued an interim response for CBP-2022-013430. CBP also sent a comprehensive scoping recommendation regarding CBP-2021-109650 following consultation with multiple subject matter experts and is awaiting plaintiff's response.

9. The Parties do not believe that a motion for an *Open America* stay is likely at this time. Pursuant to the Court's February 27, 2023 Minute Order, the parties shall file another joint status report by December 15, 2023, updating the Court on the status of CBP's search and processing of records in this case.

Dated: September 29, 2023
Washington, D.C.

                                       Respectfully submitted,

/s/ Sejal Zota
SEJAL ZOTA
D.C. Bar #NC020
95 Washington Street, Suite 104-149
Canton, MA 02021
Telephone: (919) 698-5015

JEREMY JONG
AL OTRO LADO
3527 Banks St.
New Orleans, LA 70110
Telephone: (504) 475-6728
Facsimile: (323) 430-8793
jeremy@altotrolado.org

*Attorney for Plaintiff*

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:  /s/ Patricia K. McBride
     PATRICIA K. MCBRIDE
     Assistant United States Attorney
     U.S. Attorney's Office, Civil Division
     601 D Street NW
     Washington, DC 20530
     (202) 252-7123
     patricia.mcbride@usdoj.gov

*Attorneys for the United States of America*