UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AL OTRO LADO,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. CUSTOMS AND BORDER PROTECTION,<br><br>    Defendant. | Civil Action No. 22-1280 (CKK) |

**MOTION FOR AN EXTENSION OF TIME TO FILE JOINT STATUS REPORT**

On behalf of Defendant, the undersigned counsel hereby requests a 3-day extension, until October 31, 2024, to file a Joint Status Report in this Freedom of Information Act ("FOIA") case. Plaintiff, through counsel, opposes the relief sought in this motion.

On October 25, 2024, Defendant sought an extension of time to file a Joint Status Report in this case, stating that the undersigned counsel failed to make timely contact with agency counsel and opposing counsel so as to obtain information needed to file a timely Joint Status Report. Nevertheless, the undersigned counsel was able to circulate a draft to Plaintiff's counsel late in the day on October 25, 2024, and Plaintiff's counsel circulated edits and additions to that draft in the morning of October 28, 2024. Defendant then provided its own edits and additions by way of response to the material in Plaintiff's draft. Then, after 5:00 pm, Plaintiff provided even more edits and additions, including new legal arguments and new case citations. Given the late hour, then, the undersigned counsel has been unable to address the new material in Plaintiff's position statement in a timely fashion and in due collaboration with agency counsel.

Accordingly, Defendant respectfully requests that the Court a 3-day extension to the parties' deadline for their Joint Status Report.

Date:  October 28, 2024	MATTHEW M. GRAVES, D.C. Bar# 481052
	United States Attorney

	BRIAN P. HUDAK
	Chief, Civil Division

	By:   /s/        Fithawi Berhane
	FITHAWI BERHANE
	Assistant United States Attorney
	601 D Street, NW
	Washington, DC 20530
	(202) 252-6653
	Fithawi.Berhane@usdoj.gov

	*Attorneys for the United States*