UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AL OTRO LADO,<br><br>  Plaintiff,<br><br>  v.<br><br>U.S. CUSTOMS AND BORDER PROTECTION,<br><br>  Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 22-1280 (CKK)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION FOR AN EXTENSION OF TIME TO FILE STATUS REPORT**

On behalf of Defendant, the undersigned counsel hereby requests an extension, until November 5, 2024, to file a status report in this Freedom of Information Act ("FOIA") case. Plaintiff, through counsel, opposes the relief sought in this motion.

On October 25, 2024, Defendant sought an extension of time to file a Joint Status Report in this case, stating that the undersigned counsel failed to make timely contact with agency counsel and opposing counsel so as to obtain information needed to file a timely Joint Status Report. Nevertheless, the undersigned counsel was able to circulate a draft to Plaintiff's counsel late in the day on October 25, 2024, and Plaintiff's counsel circulated edits and additions to that draft in the morning of October 28, 2024. Defendant then provided its own edits and additions by way of response to the material in Plaintiff's draft. Then, after 5:00 pm, Plaintiff provided even more edits and additions, including new legal arguments and new case citations. Given the late hour, the undersigned counsel was unable to address the new material in Plaintiff's position statement in a timely fashion and in due collaboration with agency counsel, and therefore sought an extension until October 31, 2024, to finalize the Joint Status Report.

However, at this time, Defendant requires another extension to finalize its position statement. After consultation between the undersigned counsel and agency counsel, new issues have arisen which need to be addressed, and accordingly Defendant respectfully requests additional time to complete its position statement. Since Plaintiff has already unilaterally filed a separate status report, Defendant will include its own position statement in its own separate status report. Defendant apologizes to the Court and to Plaintiff for any inconvenience caused by its extension requests. Defendant is also cognizant of the Court's rule that any extension requests be made no later than four business days before the applicable deadline. Defendant apologizes for infringing this rule, and will endeavor to not repeat its oversight going forward.

Accordingly, Defendant respectfully requests that the Court an extension until November 5, 2024, to file a status report.

Date:  October 31, 2024

MATTHEW M. GRAVES, D.C. Bar# 481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:  */s/        Fithawi Berhane*
FITHAWI BERHANE
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-6653
Fithawi.Berhane@usdoj.gov

*Attorneys for the United States*