UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AL OTRO LADO,<br><br>   Plaintiff,<br><br>  v.<br><br>U.S. CUSTOMS AND BORDER PROTECTION,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 22-1280 (CKK)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order dated November 13, 2024, the Parties, Plaintiff, Al Otro Lado ("Plaintiff"), and Defendant, U.S. Customs and Border Protection ("CBP" or "Defendant"), by and through their respective undersigned counsel, respectfully submit this Joint Status Report to apprise the Court of the status of this Freedom of Information Act ("FOIA") case. In its Minute Order of November 13, 2024, the Court ordered the parties to advise whether "they consent to a referral to mediation to discuss the possibility of refining or prioritizing the universe of documents that CBP shall process, given that it will likely take several years for the agency to process the entire set of potentially responsive documents." *Id*. At this time, the parties advise that they do consent to mediation for the aforesaid purpose.

Dated: December 5, 2024
Washington, D.C.

              Respectfully submitted,
              MATTHEW M. GRAVES, D.C. Bar #481052
              United States Attorney

              BRIAN P. HUDAK
              Chief, Civil Division

- 2 -

By:   /s/ Fithawi Berhane
　　　FITHAWI BERHANE
　　　Assistant United States Attorney
　　　U.S. Attorney's Office, Civil Division
　　　601 D Street NW
　　　Washington, DC 20530
　　　(202) 252-6653
　　　Fithawi.Berhane@usdoj.gov

*Attorneys for the United States of America*