UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AL OTRO LADO,<br><br>Plaintiff,<br><br>v.<br><br>U.S. CUSTOMS AND BORDER PROTECTION,<br><br>Defendant. | Civil Action No. 22-1280 (CKK) |

**STATUS REPORT**

Pursuant to the Court's Minute Order dated September 21, 2026, Defendant, U.S. Customs and Border Protection ("CBP" or "Defendant"), by and through undersigned counsel, respectfully submits this Status Report to apprise the Court of the status of this Freedom of Information Act ("FOIA") case.[1] At this time, Defendant continues to process records potentially responsive to Plaintiff's Data Sharing and Biometrics collection programs FOIA request pursuant to the parties' agreement reached during mediation. Defendant anticipates making its next interim release on or before October 19, 2026. Defendant will update the Court on any developments requiring its intervention, should that be necessary.

Dated: September 30, 2026

Washington, D.C.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

[1] Defendant circulated a draft Joint Status Report to Plaintiff at 12:52am of September 30, 2026, and a revised draft later that day at 10:04am. Plaintiff did not respond, and so Defendant converted its draft into a Status Report and filed.

By: /s/ Fithawi Berhane

FITHAWI BERHANE
Assistant United States Attorney
U.S. Attorney's Office, Civil Division
601 D Street NW
Washington, DC 20530
(202) 252-6653
Fithawi.Berhane@usdoj.gov

*Attorneys for the United States of America*